UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK SUPINGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALLIE MAE, INC./NAVIENT,<br><br>　　　　　Defendants. | No.  2:14-cv-1495 MCE GGH PS<br><br><br><br>ORDER TO SHOW CAUSE |

　　　　This action was referred to the undersigned pursuant to Local Rule 302(c)(21).  An "Order Requiring Timely Service and Joint Status Report" was issued June 24, 2014.  The parties were directed to "confer in person about the automatic disclosures required by Fed. R. Civ. P. 26" within 30 days after the answer by any defendant.  "Thereafter, within 14 days, the parties shall submit to the court a joint status report."  Defendant filed an answer on July 28, 2014, and a joint status report has not been received.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　The parties shall show cause, in writing, within fourteen days from the date of this order, why a joint status report has not been filed, or they shall file their joint status report.

Dated: October 6, 2014

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:076/Supinger1495.fsr.osc

1