|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JACK SUPINGER, | No. 2:14-cv-1495 MCE GGH PS |
|---|---|
| Plaintiff, |  |
| v. | ORDER |
| SALLIE MAE, INC. / NAVIENT, |  |
| Defendants. |  |

| JACK SUPINGER, | No. 2:14-cv-1607 MCE CKD PS |
|---|---|
| Plaintiff, |  |
| v. | ORDER |
| SALLIE MAE, INC. / NAVIENT, |  |
| Defendants. |  |

| JACK SUPINGER, | No. 2:14-cv-1894 MCE DAD PS |
|---|---|
| Plaintiff, |  |
| v. | ORDER |
| SALLIE MAE, INC. / NAVIENT, |  |
| Defendants. |  |

Defendants have filed a notice of related cases. Examination of the above-entitled actions reveals that assignment of the matters to the same magistrate judge is likely to effect a substantial saving of judicial effort. See Local Rule 123(a). The actions will therefore be assigned to the same magistrate judge.

Pursuant to the regular practice of this court, the cases will be assigned to the magistrate judge to whom the first filed action was assigned. Reassignment of the newer case merely has the result that both actions are assigned to the same magistrate judge. No consolidation of the cases is effected.

Accordingly, IT IS HEREBY ORDERED that:

1. The actions denominated as Nos. 2:14-cv-1607 MCE CKD PS and 2:14-cv-1894 MCE DAD PS are reassigned from Magistrate Judges Delaney and Drozd respectively to Magistrate Judge Gregory G. Hollows. Henceforth, the caption on all documents filed in the reassigned cases shall be shown as No. 2:14-cv-1607 MCE GGH PS and 2:14-cv-1894 MCE GGH PS;

2. The status conferences scheduled before Judge Drozd on November 7, 2014 in case number 2:14-cv-1894 MCE DAD PS, and before Judge Delaney on January 14, 2015 in case number 2:14-cv-1607 MCE CKD are vacated[1]; and

3. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: October 9, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Supinger.1495.rel

---

[1] A status report has been ordered in the lead case, 2:14-cv-1495, and no other status report is required.

2