UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK SUPINGER,<br><br>           Plaintiff,<br><br>     v.<br><br>SALLIE MAE, INC. / NAVIENT,<br><br>           Defendants. | No. 2:14-cv-1495 MCE GGH PS<br><br><br><br>ORDER |

On March 12, 2015, a settlement conference was held which resulted in settlement of this action. In light of that settlement, IT IS ORDERED that:

1. Defendant Navient Solutions Inc.'s motion for judgment on the pleadings or summary judgment, (ECF No. 21), is denied without prejudice as mooted by the settlement; and

2. The hearing on defendant's motion is vacated from the undersigned's calendar for April 16, 2015.

Dated: March 17, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Supinger1495.

1