Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorney for Navient Solutions, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK SUPINGER,<br><br>          Plaintiff,<br>vs.<br><br>SALLIE MAE INC. / NAVIENT,<br><br>          Defendants. | Case No.: 14-CV-01495-MCE-GGH PS<br><br>STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER<br><br>Hon.  Gregory G. Hollows |

It is hereby stipulated, by and between Plaintiff Jack Supinger and Defendant Navient Solutions, Inc., pursuant to Federal Rules of Civil Procedure,

///

///

///

///

Rule 41, that this action is dismissed in its entirety with prejudice. Each party will bear its own fees and costs.

IT IS SO STIPULATED.

Dated: 3-13-15

_____
Jack Supinger
Plaintiff

Dated: 3/16/15

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

_____
Debbie P. Kirkpatrick
Attorney for Defendant
Navient Solutions, Inc., formerly known as Sallie Mae, Inc.

IT IS SO ORDERED.

Dated: March 26, 2015

/s/ Gregory G. Hollows
_____
Hon. Gregory G. Hollows
United States Magistrate Judge